# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JOHN WORTHY

VERSUS

STEPHENS PIPE & STEEL, LLC, ET AL

NO. 2024 CW 0594

**AUGUST 12, 2024**

---

In Re:    John Worthy, applying for supervisory writs, 18th Judicial District Court, Parish of West Baton Rouge, No. 1046747.

---

**BEFORE:    WOLFE, MILLER, AND GREENE, JJ.**

   **WRIT DENIED.** The criteria set forth in **Herlitz Construction Co., Inc. v. Hotel Investors of New Iberia, Inc.**, 396 So.2d 878 (La. 1981) (*per curiam*) are not met.

**EW**

**SMM**

   **Greene, J.,** dissents in part and would reverse the portions of the district court's May 8, 2024 judgment which ordered plaintiff to produce all texts and messages for one year from the date of the accident having any connection to plaintiff's symptoms, limitations or abilities and any correspondence, texts, messages or emails regarding plaintiff's interactions with employees or agents, customers or prospective customers and plaintiff's work with 3 6 9 Ether Transportation Services, LLC and Worthy Elite Connections, LLC. The party seeking an order to compel discovery has the burden of proving that the discovery sought is relevant to the subject matter involved in the pending action. **Myers v. Houston Specialty Ins. Co.**, 2022-0773 (La. App. 1st Cir. 4/14/23), 366 So.3d 616, 624. Defendant failed to prove the relevancy of these documents, and I would deny the motion to compel as to these documents. I would deny the writ in all other respects.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT